# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Willett, Eileen S. | District Court- Arizona | 04/17/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Magistrate Judge: full time | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2018<br>**to**<br>12/31/2018 |

**7. Chambers or Office Address**

US District Court, District of Arizona
401 West Washington Street, Ste. 325-SPC 13
Phoenix, AZ 85003-2120

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2014 | Elected Officials Retirement Plan participant with the State of Arizona as a retired Superior Court Judge, no control |
| 2. | 2014 | Arizona Department of Administration Dental plan participant through the Elected Officials Retirement Plan as a retired Superior Court Judge, no control |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Willett, Eileen S. | 04/17/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | Elected Officials' Retirement Plan--defined benefit pension plan annual income received as a retired Superior Court Judge, State of Arizona | $96,429.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | salary ▨ |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Willett, Eileen S.** | 04/17/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑     NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑     NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Willett, Eileen S. | 04/17/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Bank of America cash accounts | A | Interest | M | T | | | | | |
| 2. One AZ Credit Union cash accounts | A | Interest | L | T | | | | | |
| 3. Meriwest Credit Union cash accounts | A | Interest | J | T | | | | | |
| 4. ▨ Stock Units (Y) | | | | | | | | | |
| 5. Marcus:by Goldman Sachs cash accts | C | Interest | N | T | | | | | |
| 6. Wells Fargo cash account | A | Interest | J | T | | | | | |
| 7. Charles Schwab IRA (H) | | | | | | | | | |
| 8. -Apple, Inc. (APPL) stock, common | A | Dividend | K | T | | | | | |
| 9. -Intel Corp (INTC) stock, common | A | Dividend | J | T | | | | | |
| 10. -PIMCO INCM CL A (PONAX), formerly PIMCO INCM CL D (PONDX) | A | Dividend | | | Sold | 10/22/18 | J | | |
| 11. -Ridgeworth SEIX Float Rate High Inc I (SAMBX) | A | Dividend | J | T | | | | | |
| 12. -Blackrock Util & Infras (BUI) | A | Dividend | J | T | | | | | |
| 13. -Schwab Fundamental GLBL Real Eastate Index Fund (SFREX) | A | Dividend | | | Sold | 10/22/18 | J | | |
| 14. -Allianzgi Equity and CNV (NIE) | A | Dividend | J | T | | | | | |
| 15. -Liberty All Star Equity(USA) | A | Dividend | J | T | | | | | |
| 16. -Deposit account | A | Interest | K | T | | | | | |
| 17. ▨ Plus Plan (H) | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Willett, Eileen S.** | 04/17/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -Core Building Block Funds: Interest Income Fund | | None | P1 | T | Buy (add'l) | 01/12/18 | J | | |
| 19. | | | | | Buy (add'l) | 01/31/18 | J | | |
| 20. | | | | | Buy (add'l) | 02/15/18 | J | | |
| 21. | | | | | Buy (add'l) | 02/28/18 | J | | |
| 22. | | | | | Buy (add'l) | 03/15/18 | J | | |
| 23. | | | | | Buy (add'l) | 03/29/18 | J | | |
| 24. | | | | | Buy (add'l) | 04/13/18 | J | | |
| 25. | | | | | Buy (add'l) | 04/30/18 | J | | |
| 26. | | | | | Buy (add'l) | 05/15/18 | J | | |
| 27. | | | | | Buy (add'l) | 05/31/18 | J | | |
| 28. | | | | | Buy (add'l) | 06/15/18 | J | | |
| 29. | | | | | Buy (add'l) | 06/29/18 | J | | |
| 30. | | | | | Buy (add'l) | 07/13/18 | J | | |
| 31. | | | | | Buy (add'l) | 07/31/18 | J | | |
| 32. | | | | | Buy (add'l) | 08/15/18 | J | | |
| 33. | | | | | Buy (add'l) | 08/31/18 | J | | |
| 34. | | | | | Buy (add'l) | 09/14/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Willett, Eileen S. | 04/17/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Buy<br>(add'l) | 09/28/18 | J | | |
| 36. | | | | | Buy<br>(add'l) | 10/15/18 | J | | |
| 37. | | | | | Buy<br>(add'l) | 10/31/18 | J | | |
| 38. | | | | | Buy<br>(add'l) | 11/15/18 | J | | |
| 39. | | | | | Buy<br>(add'l) | 11/30/18 | J | | |
| 40. | | | | | Buy<br>(add'l) | 12/14/18 | J | | |
| 41. | | | | | Buy<br>(add'l) | 12/31/18 | K | | |
| 42. -Expanded Choice-Mutual Funds: Vang Wellington ADM(VWENX) | A | Dividend | | | Sold | 08/24/18 | J | A | |
| 43. -Expanded Choice-Mutual Funds: Vang Div Growth Inv (VDIGX) | A | Dividend | J | T | | | | | |
| 44. -Core Building Blocks -Funds: Global RE Stock Index | | None | J | T | Buy<br>(add'l) | 08/24/18 | J | | |
| 45. -Expanded Choice-Mutual Funds:Fidelity Dividend GR K (FDGKX) | A | Dividend | J | T | | | | | |
| 46. -Expanded Choice-Mutual Funds:Pimco Invt GRD BD Inst(PIGIX) | A | Dividend | | | Sold | 08/24/18 | J | | |
| 47. Charles Schwab One Brokerage Account (H) | | | | | | | | | |
| 48. -Cash deposit account(X) | A | Interest | J | T | | | | | |
| 49. -General Electric Co (GE) | A | Dividend | J | T | | | | | |
| 50. -US Treasury Note | A | Interest | J | T | | | | | |
| 51. -Getty Realty Corp New REIT (GTY) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Willett, Eileen S.** | 04/17/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   - Synchrony Bank CD | A | Interest | J | T | | | | | |
| 53.   -Schwab Monthly Income FD Enhanced Payout (SWKRX) | A | Dividend | | | Sold | 10/22/18 | J | | |
| 54.   -Voya Prime Rate Trust (PPR) | A | Dividend | J | T | Buy (add'l) | 07/02/18 | J | | |
| 55.   ▓▓▓▓ Common ▓▓ | A | Dividend | J | T | Spinoff (from line 4) | 11/12/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Willett, Eileen S.** | 04/17/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Part VII at line 10, PIMCO INCM CL D (PONDX) is now reported as  PIMCO INCM CL A (PONAX) due to a stock merger which occurred on March 23, 2018.

In Part VII at lines 10, 13, 46, 53, each holding reported as sold resulted in a loss.

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Eileen S. Willett**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544